

United States Department of State

Washington, D.C.  20520

January 4, 2024

Clerk of the Court
U.S. District Court
333 Constitution Avenue NW
Room 1225
Washington, D.C.  20001

**Re:  Request for Judicial Assistance (Redes Andina de Comunicaciones S.R.L. v el Programa Nacional de Telecomunicaciones, 1:22-cv-03631)**

Dear Sir or Madam:

Please find the enclosed notification from the appropriate authorities of Peru.  If you have any questions regarding this matter, you may contact our inbox at FSIA-LR@state.gov.  Please cc GantDW@state.gov on all communications to our inbox.

Sincerely,

Office of Legal Affairs
L/CA/POG/GC
U.S. Department of State

**RECEIVED**

JAN 08 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Nota RE (OCJ) N° 6-3/280

El Ministerio de Relaciones Exteriores de la República del Perú -Oficina de Cooperación Judicial- saluda atentamente a la Honorable Embajada de los Estados Unidos de América y tiene a bien referirse a la carta rogatoria librada por el Juzgado Federal de Primera Instancia de los Estados Unidos de América del distrito de Columbia, en el marco del proceso seguido por Redes Andina de Comunicaciones S.R.L contra el Ministerio de Economía y Finanzas y otros, sobre confirmación, reconocimiento y ejecución de laudos arbitrales extranjeros (1:22.cv-03631).

Al respecto, a través del Oficio N° 007556-2023-SG-CSJLI-PJ, adjunto a la presente, la Coordinadora de Secretaría General de la Corte Superior de Justicia de Lima, remite en fojas 1364, el resultado del diligenciamiento de la referida carta rogatoria (ver fojas del 1358-1361).

El Ministerio de Relaciones Exteriores de la República del Perú -Oficina de Cooperación Judicial- se vale de la ocasión para renovar a la Honorable Embajada de los Estados Unidos de América las seguridades de su más alta y distinguida consideración.

Lima, 1 de diciembre de 2023





Firmado digitalmente por:
LOPEZ CHIRINOS Elmer FIR
10278282 hard
Motivo: Soy el autor del documento
Fecha: 01/12/2023 15:21:34-0500

A la Honorable
Embajada de los Estados Unidos de América
Lima.-

Nota RE (OCJ) N° 6-3/280

El Ministerio de Relaciones Exteriores de la República del Perú -Oficina de Cooperación Judicial- saluda atentamente a la Honorable Embajada de los Estados Unidos de América y tiene a bien referirse a la carta rogatoria librada por el Juzgado Federal de Primera Instancia de los Estados Unidos de América del distrito de Columbia, en el marco del proceso seguido por Redes Andina de Comunicaciones S.R.L contra el Ministerio de Economía y Finanzas y otros, sobre confirmación, reconocimiento y ejecución de laudos arbitrales extranjeros (1:22.cv-03631).

Al respecto, a través del Oficio N° 007556-2023-SG-CSJLI-PJ, adjunto a la presente, la Coordinadora de Secretaría General de la Corte Superior de Justicia de Lima, remite en fojas 1364, el resultado del diligenciamiento de la referida carta rogatoria (ver fojas del 1358-1361).

El Ministerio de Relaciones Exteriores de la República del Perú -Oficina de Cooperación Judicial- se vale de la ocasión para renovar a la Honorable Embajada de los Estados Unidos de América las seguridades de su más alta y distinguida consideración.

Lima, 1 de diciembre de 2023





Firmado digitalmente por:
LOPEZ CHIRINOS Elmer FIR
10278282 hard
Motivo: Soy el autor del documento
Fecha: 01/12/2023 15:21:34-0500

A la Honorable
Embajada de los Estados Unidos de América
Lima.-

Case 1:22-cv-03631-RC   Document 11   Filed 01/08/24   Page 4 of 7





Presidencia de la Corte Superior de Justicia de Lima
Secretaría General de la Corte Superior de Justicia de Lima

*"Decenio de la Igualdad de oportunidades para mujeres y hombres"*
*"Año de la unidad, la paz y el desarrollo"*

Lima, 01 de Diciembre del 2023

**OFICIO N° 007556-2023-SG-CSJLI-PJ**



Firmado digitalmente por CASTILLO CHAPOÑAN Azucena Lesbel FAU 20546303951 soft
Cargo: Coordinador De Secretaria General
Motivo: Soy el autor del documento
Fecha: 01.12.2023 07:12:13 -05:00

Sr. Dr.

**ELMER LOPEZ CHIRINOS**
Jefe de la Oficina de Cooperación Judicial del Ministerio de Relaciones Exteriores

Presente. -

**Asunto**         : EXHORTO SEGUIDOS POR REDES ANDINA DE COMUNICACIONES SRL. CONTRA MINISTERIO DE DE TRANSPORTES Y COMUNICACIONES.

**Referencia**   : EXP. ADM. N° 046982-2023-TD-LIM
**OF. RE (OCJ) N° 4-0-B/198**
HOJA DE ENVIO 023055-2023-SG-CSJLI (30NOV2023)

Tengo el agrado de dirigirme a usted, a fin de REMITIR el Oficio N° 2250-2023-0-1817-JR-CO-05° cursado por la Jueza del Quinto Juzgado Civil con Sub especialidad Comercial de Lima, que adjunta la carta rogatoria debidamente diligenciada que fuera librada por el Juzgado Federal de Primera Instancia de los Estados Unidos de América, del Distrito de Columbia y enviada a través de su despacho mediante oficio de la referencia.

Sin otro particular, hago propicia la oportunidad, para reiterar a usted los sentimientos de mi mayor consideración.

Atentamente,

Documento firmado digitalmente

**AZUCENA LESBET CASTILLO CHAPOÑAN**
Coordinadora de Secretaría General
Presidencia de la Corte Superior de Justicia de Lima

ACC/uaa

Fs. 1364



Esta es una copia auténtica de un documento electrónico archivado en el Poder Judicial del Perú. Su autenticidad e integridad pueden ser contrastadas en: https://verifica.pj.gob.pe/doc/snd CÓDIGO: 615999 CLAVE: H1EKOR



5° JUZGADO CIVIL SUB ESPECILIDAD COMERCIAL

Miraflores, 06 noviembre 2023

OFICIO No 2250-2023-0-1817-JR-CO-05°

SEÑORA DOCTORA:

**PRESIDENTA DE LA CORTE SUPERIOR DE JUSTICIA DE LIMA**
María Delfina Vidal la Rosa Sánchez
**PRESENTE.**

        Tengo el Honor de dirigirme a Usted, con la finalidad de **DEVOLVER** el **EXHORTO** librado por el Juzgado FEDERAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS DE AMERICA DEL DISTRITO DE COLUMBIA en el proceso seguido por **REDES ANDINA DE COMUNICACIONES SRL** contra **MINISTERIO DE TRANSPORTES Y COMUNICACIONES Y OTROS**, conforme a lo ordenado por esta judicatura a fojas (1358).

        Aprovecho la oportunidad para expresarle las muestras de mi especial estima y consideración personal.

ATENTAMENTE



Miraflores, 06 noviembre 2023

**SEÑORA**
**COORDINADORA DE SECRETARIA GENERAL**
**PRESIDENCIA DE LA CORTE SUPERIOR DE JUSTICIA DE LIMA**
**Presente.**

**ASUNTO:** REMITIMOS CONSTANCIA DE NOTIFICACIO DE ACUERDO CON LO ORDENADO MEDIANTE OFICIO <u>02250-2023</u>

Tengo el agrado de dirigirme a Usted a fin de remitirle los cargos de notificación de los documentos indicados en la carta rogatoria relacionada al expediente causa civil 1:22-cv-03631 del Juzgado Federal de Primera Instancia y de quiebras de los Estados Unidos de América del Distrito de Columbia, de acuerdo con el encargo encomendado mediante oficio de la referencia, a fin de que sean a su vez remitidos al Ministerio de Relaciones Exteriores.

En ese sentido, adjuntamos a la presente comunicación los cargos de notificación correspondientes a las siguientes diligencias:

1. **Ministerio de Transportes y Comunicaciones**
2. **Ministerio de Economía y Finanzas**
3. **Programa Nacional de telecomunicaciones**

Sin otro particular, hago propicia la oportunidad para reiterar a Usted los sentimientos de mi mayor consideración.

Atentamente

SOLANGE GENG ORELLANA
JUEZ
5° Juzgado Civil Subespecialidad Comercial
CORTE SUPERIOR DE JUSTICIA DE LIMA

1362

**CARGO**

QUINTO JUZGADO CIVIL SUB ESPECIALIDAD COMERCIAL

Miraflores, 06 noviembre 2023

**OFICIO No 2250-2023-0-1817-JR-CO-05°**

**SEÑOR JUEZ:**

**JUZGADO FEDERAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS DE AMERICA DISTRITO DE COLUMBIA**
**PRESENTE.**

Tengo el Honor de dirigirme a Usted, con la finalidad de **DEVOLVER** el **EXHORTO** librado por su Juzgado en el proceso seguido por **REDES ANDINA DE COMUNICACIONES SRL** contra **MINISTERIO DE TRANSPORTES Y COMUNICACIONES Y OTROS**, a fin de devolver a fojas (1358), el exhorto remitido por su judicatura diligenciado.

Aprovecho la oportunidad para expresarle las muestras de mi especial estima y consideración personal.

ATENTAMENTE

SOLANGE GENG ORELLANA
JUEZ
5º Juzgado Civil Subespecialidad Comercial
CORTE SUPERIOR DE JUSTICIA DE LIMA